UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.                                C.A. No. 03-cv-12605 NG

PAUL A. GARGANO )
    Plaintiff, )
 )
v. )
 )
 )
RONALD ZIMMER, ZELITA ZIMMER )
and ZIMMER & ASSOCIATES )
    Defendants )
 )

## MOTION FOR RECONSIDERATION AND TO AMEND COMPLAINT

NOW COMES the Plaintiff, Paul A. Gargano, who respectfully requests that this Court reconsider the Court's decision to dismiss the Plaintiff's complaint for lack of Subject Matter Jurisdiction, and furthermore, allows the Plaintiff to amend his complaint. In furtherance of this motion, the Plaintiff hereby does state:

1. On December 24, 2003, Plaintiff filed a complaint in Federal District Court against the above referenced Defendants in a diversity action.

2. On January 5, 2004, this Court issued to the Plaintiff an Order dismissing said complaint for want of subject matter jurisdiction, citing that the complaint on its face failed to state a jurisdictional amount required to satisfy diversity jurisdiction.

3. The amount in controversy in this matter exceeds $100,000.00 (One Hundred Thousand Dollars). This amount was cited on the civil action cover sheet for the complaint, but by clerical error was left off of the complaint.

4. The Plaintiff had already begun the process of serving the complaint upon the Defendants.

5. By allowing the Plaintiff to amend his complaint to include an allegation of the proper amount in controversy, the complaint will satisfy the pleading requirement for jurisdiction.

6. Incorporated herewith, Plaintiff has attached a proposed amended complaint which properly alleges the amount in controversy sufficient to satisfy 28 U.S.C. § 1332(b) and would allow the claim to survive in Federal District Court.

WHEREFORE, the Plaintiff respectfully requests that this Court reconsider the Court's decision to dismiss the Plaintiff's complaint for lack of Subject Matter Jurisdiction, and furthermore, allows the Plaintiff to amend his complaint.

>Plaintiff,
>By his attorneys,
>GARGANO & ASSOCIATES, P.C.
>
>_____
>Paul A Gargano BBO# 185560
>Timothy Scannell BBO # 655453
>Thomas Graves Landing
>4 Canal Park
>Cambridge, MA 02141
>(617) 621-1100