UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                                    C.A. No. 03-cv-12605

PAUL A. GARGANO )
    Plaintiff, )
  )
v. )
  )
  )
RONALD ZIMMER, ZELITA ZIMMER )
and ZIMMER & ASSOCIATES )
    Defendants )
  )

## MOTION TO PERFECT PROOF OF SERVICE

NOW COMES the Plaintiff, Paul A. Gargano, who respectfully requests that this Court allow the Plaintiff to perfect proof of service. In furtherance of this motion, the Plaintiff hereby does state:

1. On December 24, 2003, Plaintiff filed a complaint in Federal District Court against the above referenced Defendants in a diversity action.

2. On December 29, 2003, the Plaintiff attempted to perfect service of process upon the Defendants through the Washington County Sheriff's Department at an address given to the Plaintiff by the Defendant at 292 Shipe Run Road, Amwell, Pennsylvania, 15301.

3. Attached as Exhibit A, please find an affidavit of Deputy Sheriff Frank Kubicko of Washington County, Pennsylvania, who states that he had a telephone conversation with one of the Defendants, Ronald Zimmer. In said affidavit, the Sheriff states that Defendant Ronald Zimmer verified his presence at the address, as well as verifying the addresses of the other Defendants, and indicated that the he would come in to the Sheriff's office to pick up the proper papers.

4. As it is indicated in Deputy Sheriff Kubicko's affidavit, the Defendants did not make any attempt to come to the Sheriff's office to pick up the proper papers.

5. Relying upon Defendant Ronald Zimmer's representation that he would come into the to the Sheriff's Office to pick up the proper papers, Deputy Sheriff Kubicko of Washington County, Pennsylvania, was unable to make service upon the Defendants in hand.

6. Upon the Washington County Deputy Sheriff's indication that the Defendant had avoided service at the primary address which the Defendant had given to the Plaintiff, the Plaintiff attempted to serve the Defendants at a second address that the Defendant had noted to the Plaintiff would be proper for correspondence.

7. On January 7, 2004, the Plaintiff attempted to serve the Defendants with said complaints via the Lake County Sheriff's Office in Florida at 39120 Meyers Road, Ladylake, Florida.

8. The Defendants had indicated to the Plaintiff on a number of occasions that the Defendants could also be reached at the address on Meyers Road in Florida.

9. Attached as Exhibit B, please find returns of service for the Defendants at their usual place of abode. As part of Deputy Sheriff Terry Smith's return of service, he indicates that one of the Defendant's fathers answered the door and stated that the Defendants were not there.

10. As the Defendants have actively avoided service of process of the complaint and other proper papers, the Plaintiff asks that the attached exhibits, along with this motion, be accepted as compliance with Rule 4 of the Federal Rules of Civil Procedure, and as perfection of service of process for the above referenced matter.

WHEREFORE, the Plaintiff respectfully requests that this Court allow the Plaintiff's motion to perfect proof of service.

Plaintiff,
By his attorneys,
GARGANO & ASSOCIATES, P.C.

_____
Paul A Gargano BBO# 185560
Timothy Scannell BBO # 655453
Thomas Graves Landing
4 Canal Park
Cambridge, MA 02141
(617) 621-1100

Dated: January 21, 2004

# SHERIFF'S DEPARTMENT
## WASHINGTON COUNTY, PENNSYLVANIA
100 WEST BEAU STREET, SUITE 101, WASHINGTON, PA 15301
724-228-6840          DATE 12-29-03

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS: Please fill out a separate form for each defendant. Type or print legibly, insuring readability of all copies. Do not detach any copies.

**PLAINTIFF / S /**: PAUL A. GARGANO
**COURT NUMBER OF WRIT OR COMPLAINT**: 03-12604 NC
**DEFENDANT / S /**: RONALD ZIMMER, et al
**TYPE OF WRIT OR COMPLAINT**: SUMMONS & COMPLAINT

**SERVE AT**: 
NAME: RONALD ZIMMER
ADDRESS: 292 SHIPE RUN ROAD    AMWELL TWP    WASHINGTON, PA    15301

INDICATE TYPE OF SERVICE: ☐ PERSONAL ☐ PERSON IN CHARGE ☐ DEPUTIZE ☐ CERT. MAIL ☐ REG. MAIL ☐ POSTED ☐ OTHER ☐ LEVY ☐ SEIZED & STORE

SIGNATURE of ATTORNEY: PAUL A. GARGANO    ☒ PLAINTIFF  ☐ DEFENDANT

I hereby CERTIFY and RETURN that on the **5th** day of **JANUARY**, 20 **03**, at _____ o'clock A.M. / P.M. Address Above / Address Below, County of Washington, Pennsylvania

I have served in the manner Described below:
- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
- ☐ Adult in charge of Defendant's residence who refused to give name or relationship.
- ☐ Manager / Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant(s) office or usual place of business.
- ☐ Other
- ☐ Property Posted
- ☐ Deputize
- ☐ Cert. Mail ☐ Levy Made ☐ Reg. Mail
- Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☒ Other

DEPUTY FRANK KUBICKO SPOKE TO MR. ZIMMER BY PHONE ON DEC. 30, 2003 AND HE STATED HE WOULD COME INTO THE SHERIFF'S OFFICE TO PICK UP THE PAPERS. HE NEVER CAME IN. DEPUTIES MADE 3 ATTEMPTS, COULD NOT LOCATE ADDRESS.

Now, _____ 20 ___, I, SHERIFF OF WASHINGTON COUNTY PA, do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law.

This deputation being made at the request and risk of the plaintiff.

Notary Public $ _____ Check Number _____
$ _____ Check Number _____ County Costs $ _____

SHERIFF OF WASHINGTON COUNTY

| Advance | Invoice | Docket | Page | Total Costs | Costs Due | Refund |
|---|---|---|---|---|---|---|
| $100.00 | 1719-03 | | | $55.50 | $ | $44.50 |

AFFIRMED and subscribed to before me this **5th** day of _____ 20 **04**

PAID BY ATTY. FOR PLFF

By (Sheriff / Dep. Sheriff): Kubicko    Date: 1-5-04
Signature of Sheriff    Date: 1-5-04
ACTING SHERIFF OF WASHINGTON COUNTY

Prothonotary / Notary Public
MY COMMISSION EXPIRES

NOTARIAL SEAL
_____ Notary Public
Washington, Washington County, PA
My Commission Expires April 17, 2006

I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE

Date Received

ATTORNEY

**RETURN OF SERVICE**

RECEIPT NUMBER: 0000103-04

PERSON TO BE SERVED:

```
ZIMMER & ASSOCIATES
DISTRICT COURT
39120 MEYERS ROAD
LADY LAKE
```

PLAINTIFF: PAUL A GARGANO
-VS-
DEFENDANT: RONALD ZIMMER, ZELITA ZIMMER AND ZIMMER & ASSOCIATES

TYPE WRIT: SUMM IN A CIVIL CASE/CIVIL ACTION COVER SHEET/COMPL

COURT: DISTICT COURT                                COURT DATE:
CASE #: 0312605NG                                   COURT TIME:

Received the above-named writ on January 7, 2004, at 10:27 AM,
and served the same on January 8, 2004, at 11:40 AM,
in LAKE County, Florida, as follows:

> SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE
>
> By delivering a true copy of this writ together with a copy of the
> initial pleadings, if any, with the date and hour of service endorsed
> thereon by me at the within named defendant's usual place of abode
> with a person residing therein who is fifteen (15) years of age, or
> older, to-wit: MR ZIMMER and informing said
> person of their contents.
>
> PER CONVERSATION WITH ATTY PAUL GARGANO, LEFT PAPERS AT FATHERS
> HOME LOCATED AT 39120 MEYERS RD, LADY LAKE. MR. ZIMMER DID NOT WANT
> TO TAKE PAPERS FOR HIS SON. BUT DID SO. ALSO STATES HIS SON LIVES

SERVICE COST: $20.00
SR, CIVIL CLERK

GEORGE E. KNUPP, JR., SHERIFF
LAKE COUNTY, FLORIDA

MAIL TO:                                        BY: _____
                                                    TERRY SMITH, D.S.
GARGANO & ASSOCIATES ATTY AT LAW
4 CANAL PARK
CAMBRIDGE, MA        02141

RETURN OF SERVICE

PERSON TO BE SERVED:                                    RECEIPT NUMBER: 0000103-04

RONALD ZIMMER
DISTRICT COURT
39120 MEYERS ROAD
LADY LAKE

PLAINTIFF: PAUL A GARGANO
 -VS-
DEFENDANT: RONALD ZIMMER, ZELITA ZIMMER AND ZIMMER & ASSOCIATES

TYPE WRIT: SUMM IN A CIVIL CASE/CIVIL ACTION COVER SHEET/COMPL

COURT: DISTICT COURT                                COURT DATE:
CASE #: 0312605NG                                   COURT TIME:

Received the above-named writ on January 7, 2004, at 10:27 AM,
and served the same on January 8, 2004, at 11:40 AM,
in LAKE County, Florida, as follows:

SUBSTITUTE - SERVICE ON DEFENDANT'S SPOUSE

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to the defendant's spouse, to-wit:
MR ZIMMER, after the provisions as set
forth in Chapter 48.031(2)(a), Florida Statutes have been met.

LEFT PAPERS WITH FATHER, FATHER STATES SON LIVES IN CAYMAN ISLAND,
PER CONVERSATION WITH A PAUL GARGANO, ATTY, LEFT PAPER AT 39120
LADY LAKE, FL

SERVICE COST: $20.00
SR, CIVIL CLERK                                     GEORGE E. KNUPP, JR., SHERIFF
                                                    LAKE COUNTY, FLORIDA

MAIL TO:                                            BY: _____
                                                        TERRY SMITH, D.S.
GARGANO & ASSOCIATES ATTY AT LAW
4 CANAL PARK
CAMBRIDGE, MA    02141

RETURN OF SERVICE

RECEIPT NUMBER: 0000103-04

PERSON TO BE SERVED:

ZELITA ZIMMER
DISTRICT COURT
39120 MEYERS ROAD
LADY LAKE

PLAINTIFF: PAUL A GARGANO
  -VS-
DEFENDANT: RONALD ZIMMER, ZELITA ZIMMER AND ZIMMER & ASSOCIATES

TYPE WRIT: SUMM IN A CIVIL CASE/CIVIL ACTION COVER SHEET/COMPL

COURT: DISTICT COURT                    COURT DATE:
CASE #: 0312605NG                       COURT TIME:

Received the above-named writ on January 7, 2004, at 10:27 AM,
and served the same on January 8, 2004, at 11:40 AM,
in LAKE County, Florida, as follows:

SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me at the within named defendant's usual place of abode
with a person residing therein who is fifteen (15) years of age, or
older, to-wit: MR ZIMMER and informing said
person of their contents.

LEFT PAPERS WITH MR ZIMMER, FATHER IN LAW OF ZELITA.

SERVICE COST: $20.00                   GEORGE E. KNUPP, JR., SHERIFF
SR, CIVIL CLERK                        LAKE COUNTY, FLORIDA

                                       BY: _____
                                           TERRY SMITH, D.S.

MAIL TO:

GARGANO & ASSOCIATES ATTY AT LAW
4 CANAL PARK
CAMBRIDGE, MA    02141