UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.      C.A. No. 03-cv-12605 NG

| | |
|---|---|
| PAUL A. GARGANO <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) <br> ) |
| RONALD ZIMMER, ZELITA ZIMMER <br> and ZIMMER & ASSOCIATES <br> Defendants | ) <br> ) <br> ) <br> ) |

## REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)

To the clerk of the above-named court:

    I, Timothy Scannell, attorney for the above-named plaintiff, Paul Gargano, state that the amended complaint in which a judgment for affirmative relief is sought against the defendant, Zimmer and Associates, herein, was filed on January 22, 2004, and the summons and copy of the complaint have been served on the defendant, Zimmer and Associates, herein on February 13, 2004 as appears from the officer's return; that the time within which the defendant shall serve a responsive pleading or otherwise defend pursuant to 12(a), has expired and the defendant, Zimmer and Associates, herein has failed to serve or file an answer or otherwise defend as to the complaint.

    Wherefore, the plaintiff, Paul Gargano, makes application that the defendant, Zimmer and Associates, be defaulted.

    Dated at Cambridge, Massachusetts, this 5th day of March, 2004.

                                                Plaintiff,
                                                By his attorneys,
                                                GARGANO & ASSOCIATES, P.C.

_____
Timothy Scannell BBO# 655453
Thomas Graves Landing
4 Canal Park
Cambridge, MA 02141
(617) 621-1100

Dated: March 5, 2004