# Affidavit of Process Server

United States District Court - Eastern District of Massachusetts
(NAME OF COURT)

Paul Gargano                                    vs        Ronald Zimmer et al.            03-12605-NG
PLAINTIFF/PETITIONER                                      DEFENDANT/RESPONDENT            CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Ronald Zimmer
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) Summons and Amended Complaint

by serving Leave AT Door Last Known Address – Confirmed

at ☒ Home 292 Snipe Run RD  Halwell Township  Pg 15301   w/ neighbor
NAME                                                        RELATIONSHIP
☐ Business

on 2-13-04                                      at 12:35 PM
DATE                                               TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
         CITY                          STATE

**Manner of Service:**  ☐ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household or older, and explaining the general nature of the papers.
☒ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                          ☐ Moved, Left no Forwarding
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant    ☐ Unable to Serve in a Timely Fashion    ☐ Other:

**Service Attempts:**  Service was attempted on: ( ) _____ _____ , ( ) _____ _____
                                                         DATE      TIME              DATE      TIME
( ) _____ _____ , ( ) _____ _____ , ( ) _____ _____
      DATE      TIME              DATE      TIME              DATE      TIME

Description:  Age: _____  Sex: _____  Race: _____  Hgt: _____  Wgt: _____  Hair: _____  Glasses: _____

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
2-13-04     at  Monroeville , PG
DATE              CITY              STATE

State of Pennsylvania                                      _____
County of Allegheny                                        SIGNATURE OF PROCESS SERVER

subscribed and sworn before me, a notary public, this 14 day of February 2004

WITNESS MY HAND AND OFFICIAL SEAL TO
COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Jo Ann Scheetz, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Sept. 4, 2007

Member, Pennsylvania Association Of Notaries

_____
NOTARY PUBLIC

FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS