# Affidavit of Process Server

United States District Court - Eastern District of Massachusetts
(NAME OF COURT)

Paul Gargano vs. Ronald Zimmer et al.     03-12605-NG
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Zelita Zimmer
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) Summons and Amended Complaint

by serving Leave at Door Last Known Address - confirmed with neighbors
NAME     RELATIONSHIP

at ☒ Home 290 Shope Run Road, Mount Pleasant Township PA 15301
☐ Business

on 2/13/04 at 10:35 PM
DATE     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY     STATE

**Manner of Service:**
☐ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household of suitable age and explaining the general nature of the papers.
☒ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Evading     ☐ Moved, Left no Forwarding     ☐ Other:
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant     ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on ( ) ___ , ( ) ___
DATE     TIME     DATE     TIME
( ) ___ , ( ) ___
DATE     TIME     DATE     TIME

Description. Age:     Sex:     Race:     Hgt:     Wgt:     Hair:     Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

2-13-04 at Monroeville PA
DATE     CITY     STATE

_____
SIGNATURE OF PROCESS SERVER

State of Pennsylvania
County of Allegheny
subscribed and sworn before me, a notary public, this 14 day of February 2004

WITNESS MY HAND AND OFFICIAL SEAL TO

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jo Ann Scheetz, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Sept. 4, 2007
Member, Pennsylvania Association Of Notaries

_____
NOTARY PUBLIC

FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS