# Affidavit of Process Server

United States District Court - Eastern District of Massachusetts
(NAME OF COURT)

Paul Gregano                          vs    Ronald Zimmer, et al.        '04 AP 32
PLAINTIFF/PETITIONER                        DEFENDANT/RESPONDENT          03-12605-NG
                                                                          CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _Zimmer & Assoc_
                     NAME OF PERSON/ENTITY BEING SERVED

with the (documents) _Summons and Amended Complaint_

by serving _Leave At Door Last Known Address - continued with neighbors_
           NAME

at: ☒ Home _292 Shope Run Road  Amwell Twp Pa 15301_
    ☐ Business                                          RELATIONSHIP

on _2-13-04_                          at _12:35 pm_
   DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE

from _____
     CITY                STATE

**Manner of Service:** ☐ By personally delivering copies to the person/authorized agent of entity being served.
    ☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
    ☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household or older and explaining the general nature of the papers.
    ☒ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address        ☐ Evading                    ☐ Moved, Left no Forwarding        ☐ Other:
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (    ) _____ , (    ) _____
                                                      DATE       TIME           DATE       TIME
(    ) _____ , (    ) _____ , (    ) _____
      DATE       TIME           DATE       TIME           DATE       TIME

Description:  Age:        Sex:        Race:        Hgt:        Wgt:        Hair:        Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
_2-13-04_ at _Monroeville  PA_
DATE          CITY          STATE

                                                    _Kenneth Kedney_
                                                    SIGNATURE OF PROCESS SERVER

State of _Pennsylvania_
County of _Allegheny_

subscribed and sworn before me, a notary public, this __4__ day of _February July_

WITNESS MY HAND AND OFFICIAL SEAL TO
COMMONWEALTH OF PENNSYLVANIA

    Notarial Seal
    Jo Ann Scheetz, Notary Public
    Monroeville Boro, Allegheny County
    My Commission Expires Sept. 4, 2007
Member, Pennsylvania Association Of Notaries

                                                    _Jo Ann Scheetz_
                                                    NOTARY PUBLIC

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS