UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL A. GARGANO,  )<br>                               )<br>        Plaintiff,             )<br>                               )<br>v.                             )     Civil Action No. 03-12605-NG<br>                               )<br>RONALD ZIMMER, ZELITA ZIMMER,  )<br>and ZIMMER & ASSOCIATES,       )<br>                               )<br>        Defendants.            )<br> | |

## NOTICE OF LIMITED APPEARANCE OF
## THOMAS F. MAFFEI AND SCOTT McCONCHIE

Pursuant to Local Rule 83.5.2, Thomas Maffei and Scott McConchie of Griesinger, Tighe & Maffei, LLP hereby file their Notice of Limited Appearance on behalf of the defendants in the above-caption matter. As set forth in the Defendants' Opposition To Plaintiff's Requests For Default Pursuant To Rule 55(A), filed herewith, the defendants are all located in the Cayman Islands and have not been served with process. The defendants are appearing only for the limited purpose of preventing default judgments from entering against them. The appearances of Messrs. Maffei and McConchie are similarly limited, and their limited appearance should not be construed to mean that any of the defendants consents to jurisdiction or waives proper service of process or any other available defense.

*[signature]*

Thomas F. Maffei (BBO 313220)
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Dated: March 23, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:

3/23/04 *[signature]*