UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No.  03-cv-12605

_____
PAUL A. GARGANO                              )
        Plaintiff,                                   )
                                                                      )
v.                                                                   )
                                                                      )
                                                                      )
RONALD ZIMMER, ZELITA ZIMMER  )
and ZIMMER & ASSOCIATES             )
        Defendants                                )
_____)

**AFFIDAVIT OF TIMOTHY SCANNELL, ESQ.,**

      I, Timothy Scannell, upon oath, depose and say the following:

1. I am co-counsel for the Plaintiff, Paul Gargano, in the above referenced matter.  I have first hand knowledge concerning the matter before the Court.

2. On December 24, 2003, I filed, by hand, a complaint against the Defendants in the above referenced matter.  On that same date, I forwarded three original complaints, summonses and civil action cover sheets to the Sheriff of Washington County, PA, to be served at 292 Shipe Run Road, Amwell Township, PA, the last known address of the Defendants.

3. On December 30, 2003, however, I was informed by telephone, and as evidenced by the affidavit of the process server (attached hereto as Exhibit "A"), that a Sheriff Kubicko of Washington County had in fact contacted the Defendant, Ronald Zimmer at his place of residence, 292 Shipe Run Road, Amwell Township, PA. 02150, via a telephone call.  I was further apprised that Mr. Zimmer acknowledged his presence at the above referenced address, and further agreed to pick up the complaints, summonses and civil action cover sheets at the Sheriff's office.

4. Approximately five days later, on January 5, 2004, I contacted the Sheriff's office in anticipation of receiving a document evidencing Proof of Service upon the Defendants.  It was at that time that I was informed that Mr. Zimmer had in fact not

   picked up any of the Documents he stated that he would pick up, and had left the country.

5. On or about January 6, 2004, based on the representations of an agent of the Defendants (attached hereto as Exhibit "C"), I forwarded three copies of the Complaint, along with appropriate summonses and civil action covers sheets to the Sheriff's Office in Lake County, Florida, to be served upon the Defendants at their last known place of business, 4330 Wayne Road, Fruitland Park, Florida, 34731.

6. On January 7, 2004, I received notice by mail from the United States District Court that on January 4, 2004, Judge Gertner had dismissed the complaint against the Defendants for failure to address subject mater jurisdiction within the text of the Complaint. I immediately filed a motion for reconsideration, along with an Amended Complaint, which was allowed on January 22, 2004.

7. On that date, I forwarded a copy of the Amended Complaint to the Defendants via e-mail, as well as having mailed three copies of the Amended Complaint, by first class mail, along with appropriate civil action cover sheets to the Defendants at their address in the Cayman Islands.

8. On February 10, 2004, I mailed three more copies of the Amended Complaint, by certified mail, along with appropriate civil action cover sheets to the Defendants at their residence in Pennsylvania.

9. On February 12, 2004, I mailed three copies of the Amended Complaint, by certified mail, along with appropriate civil action cover sheets to the Defendants at their last known business address in Florida.

10. On or about February 13, 2004, a licensed process server in Allegheny County served three summonses and Amended Complaints upon the Defendants in the above referenced matter, and forwarded Affidavits outlining the same to my office. Said Affidavits (Attached hereto as Exhibit "B") reference that the address served, namely 292 Shipe Run Road, Amwell Township, PA, was confirmed by neighbors in the area as the address of the Defendants.

   Signed under the Pains and Penalties of Perjury this 26th day of April, 2004

   _____
   Timothy Scannell, Esq.