This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No. 03-cv-12605

_____
PAUL A. GARGANO                              )
       Plaintiff,                              )
                                                               )
v.                                                            )
                                                               )
                                                               )
RONALD ZIMMER, CELITA ZIMMER  )
and ZIMMER & ASSOCIATES            )
       Defendants.                          )
_____)

**PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**

     Now Comes the Plaintiff in the above-captioned matter and respectfully requests that this honorable court extend the time for perfection of service of process. In support of this motion the Plaintiff states the following:

1. The Plaintiff filed the Complaint in this matter on or about December 24, 2003.

2. At the instruction of the Court an amended complaint was filed on or about January 8, 2004.

3. The Plaintiff has made persistent and diligent efforts to serve the Defendants in the above-captioned matter since filing the complaint.

4. The Plaintiff has employed process servers in both Pennsylvania and Florida in an attempt to get personal service on the individual Defendants. (See attached, Affidavit of Timothy Scannell.)

5. Despite the diligent efforts of Plaintiff to serve the Defendant, service has not been obtained and the Defendants have actively evaded service.

6. Plaintiff will require additional time to perfect further service in the event that it becomes necessary.

     Wherefore, the Plaintiff respectfully requests that the Court allow the Defendants an additional 60 days to perfect service on the Defendants in the above-captioned matter.

This watermark does not appear in the registered version - http://www.clicktoconvert.com

                                                  Respectfully Submitted
                                                  By the Plaintiff,

                                                  /s/ Timothy Scannell
                                                _____
                                                Paul A. Gargano
                                                BBO# 185560
                                                Timothy Scannell
                                                BBO# 655453
                                                Gargano & Associates
                                                4 Canal Park
                                                Cambridge, MA 02141
April 26, 2004                                617-621-1100