# CERTIFICATE OF NOTARY

I, VALDIS FOLDATS, CLERK OF THE COURTS OF THE CAYMAN ISLANDS DO HEREBY CERTIFY THAT **DELENE CACHO** NOTARY PUBLIC, whose signature appears on the attached document, is validly appointed and remains a Notary Public under the Notaries Public Law. 1982 (1995 Revision).

HER Licence expires 31st January, 2005

Dated this 1st day of June 2004

_____
CLERK OF COURTS
FOR THE CAYMAN ISLANDS





Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # 55/04 (A)

## AFFIDAVIT OF SERVICE

I, Michael Williams of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On _Tuesday_ the _1st_ of _June_ 2004 at _1:24_ hrs. I served the following documents, namely:

    _Summons in a Civil Case_

    On the registered office of _Zimmer & Associates_
    Located at _Cayman Customs Cabinet, Industrial Park_

    By handing the said documents to _Celita Zimmer for Ronald Zimmer_
    At _Zimmer & Associates, Cayman Customs Cabinet, Industrial Park_

3. The above statements made by me are true and correct.

_Michael Williams_
BAILIFF OF THE GRAND COURT

Affirm to before me on _Tuesday_ the _1st_ day of _June_ 2004

_[signature]_
NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN B.W.I.

AO 440 (Rev. 8/01) Summons in a Civil Action

F.P. 55/04 (A.)

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

FILED
IN CLERKS OFFICE

2004 JUN -4 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Paul A. Gargano

V.

Ronald Zimmer, Celita Zimmer, and Zimmer & Associates

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03 CV 12605 NG

TO: (Name and address of Defendant)

Ronald Zimmer
60 Andrew Drive,
Snug Harbor, Georgetown
Grand Cayman, Cayman Islands
BWI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gargano & Associates
4 Canal Park
Cambridge MA 02141

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



1-6-04