This watermark does not appear in the registered version - http://www.clicktoconvert.com

## UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                     C.A. No.  03-cv-12605

_____

PAUL A. GARGANO                            )
               Plaintiff,                    )
                                   )
v.                                         )
                                   )
                                 )
RONALD ZIMMER, ZELITA ZIMMER  )
and ZIMMER & ASSOCIATES            )
              Defendants                 )
_____)

## REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)

To the clerk of the above-named court:

      I, Timothy Scannell, attorney for the above-named plaintiff, Paul Gargano, state that the amended complaint in which a judgment for affirmative relief is sought against the defendant, Ronald Zimmer, herein, was filed on January 22, 2004, and the summons and copy of the complaint have been served on the defendant, Ronald Zimmer, herein on June 1, 2004 as appears from the officer's return; that the time within which the defendant shall serve a responsive pleading or otherwise defend pursuant to 12(a), has expired and the defendant, Ronald Zimmer, herein has failed to serve or file an answer or otherwise defend as to the complaint.

      Wherefore, the plaintiff, Paul Gargano, makes application that the defendant, Ronald Zimmer, be defaulted.

      Dated at Cambridge, Massachusetts, this 22nd day of June, 2004.

                                       Plaintiff,
                                       By his attorneys,
                                       GARGANO & ASSOCIATES, P.C.

                                     _____
                                     Timothy Scannell BBO# 655453
                                     Thomas Graves Landing
                                     4 Canal Park
                                     Cambridge, MA 02141
                                     (617) 621-1100

Dated: June 22, 2004

This watermark does not appear in the registered version - http://www.clicktoconvert.com