This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                              C.A. No.  03-cv-12605

_____
PAUL A. GARGANO                                    )
        Plaintiff,                                          )
                                                                        )
v.                                                                      )
                                                                        )
                                                                        )
RONALD ZIMMER, ZELITA ZIMMER   )
and ZIMMER & ASSOCIATES               )
        Defendants                                      )
_____)

## REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)

To the clerk of the above-named court:

      I, Timothy Scannell, attorney for the above-named plaintiff, Paul Gargano, state that the amended complaint in which a judgment for affirmative relief is sought against the defendant, Zimmer & Associates, herein, was filed on January 22, 2004, and the summons and copy of the complaint have been served on the defendant, Zimmer & Associates, herein on June 1, 2004 as appears from the officer's return; that the time within which the defendant shall serve a responsive pleading or otherwise defend pursuant to 12(a), has expired and the defendant, Zimmer & Associates, herein has failed to serve or file an answer or otherwise defend as to the complaint.

      Wherefore, the plaintiff, Paul Gargano, makes application that the defendant, Zimmer & Associates, be defaulted.

      Dated at Cambridge, Massachusetts, this 22nd day of June, 2004.

                                                    Plaintiff,
                                                    By his attorneys,
                                                    GARGANO & ASSOCIATES, P.C.

                                                    _____
                                                    Timothy Scannell BBO# 655453
                                                    Thomas Graves Landing
                                                    4 Canal Park
Dated: June 22, 2004                          Cambridge, MA 02141
                                                    (617) 621-1100

This watermark does not appear in the registered version - http://www.clicktoconvert.com