UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL A. GARGANO, )
)
Plaintiff, )
)
v. ) Civil Action No. 03-12605-NG
)
RONALD ZIMMER, ZELITA ZIMMER, )
and ZIMMER & ASSOCIATES, )
)
Defendants. )

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), Ronald Zimmer, Celita Zimmer, and Zimmer & Associates Ltd. respectfully move to dismiss this action for lack of personal jurisdiction.

The grounds for this motion are set forth in the Memorandum in Support of Defendants' Motion to Dismiss and the affidavit of Ronald Zimmer, both of which are filed herewith, and the Affidavit of Celita Zimmer, which was filed on March 23, 2004, in connection with Defendants' Opposition to Plaintiff's Requests for Default Pursuant to Rule 55(a).

### Request For Oral Argument

The defendants hereby request oral argument.

Respectfully submitted,

RONALD ZIMMER, CELITA ZIMMER,
and ZIMMER & ASSOCIATES

By their attorneys,

_____
Thomas F. Maffei (BBO 313220)
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Dated: June 21, 2004

### Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the plaintiff and have been unable to resolve the issues raised in this motion.

_____
Scott McConchie

I hereby certify that a true copy
of the above document was
served upon the attorney of
record for each other party
by mail/hand/facsimile on:
6/21/04   SMcC

2