This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Judge Nancy Gertner's Session**

**NOTICE**

Please be advised that Electronic Case Filing is mandatory in Judge Gertner's session as of February 2, 2004. For information as to how to enroll, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM-ECF.htm. If counsel is unable to enroll in Electronic Case filing, he or she is to seek a waiver by letter to the Court.

s/Marxellen Molloy
Deputy Clerk