This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No.  03-cv-12605

_____
PAUL A. GARGANO                              )
       Plaintiff,                                )
                                                          )
v.                                                       )
                                                          )
                                                          )
RONALD ZIMMER, CELITA ZIMMER  )
and ZIMMER & ASSOCIATES            )
       Defendants.                           )
_____)

**PLAINTIFF'S PETITION FOR RECONSIDERATION**

       Now Comes the Plaintiff in the above-captioned matter and respectfully requests that this Honorable Court reconsider its decision to deny the Plaintiff's motions for default and strike the Defendant's Motion to Dismiss as it was not filed in accordance with the procedural requirements mandated by the Court.  In support of his petition, the Plaintiff proffers the following:

1. As per the United States District Court's Electronic Case Filing Service, the Defendants in the above referenced matter had until June 21, 2004 to file a responsive pleading to the Plaintiff's amended complaint, which had been properly served upon the Defendants on June 1, 2004.  Notice that a response to the Plaintiff's complaint was due on June 21, 2004 was sent electronically to all of the parties.

2. On June 22, 2004, Plaintiff received a copy of the Defendant's Motion to Dismiss, accompanied by a Memorandum of Law and Affidavit of Ronald Zimmer.  Apparently, the Defendant filed these documents by hand, on June 21, 2004, the last available day to file a responsive pleading to the Plaintiff's complaint.

3. On June 22, 2004, the Court's electronic case filing docket reflected that no responsive pleading had been filed by the Defendant. Therefore, the Plaintiff electronically filed his second request for defaults as to all three of the Defendants.

4. On June 24, 2004, this Court denied the Plaintiff's second request for default as to all three Defendants, citing that the Defendant's motion to dismiss had been timely filed.

5. It is mandatory that all filings in Judge Gertner's session are to be done electronically, as of February 2, 2004. Notice of this Standing Order is prevalent on the United State District Court's web-site and was readily made available to counsel through widespread publication. (Notice Attached)

6. Further, Chief Judge Young has concurred through his standing order that failure to file electronically can constitute the Court to "deem waived" any filing done by paper.

7. The Defendant failed to electronically file any responsive pleading to the Plaintiff's amended complaint in the time allowed by the Court.

Wherefore, the Plaintiff respectfully requests that this Honorable Court reconsider its decision to deny the Plaintiff's motions for default and strike the Defendant's Motion to Dismiss as it was not filed in accordance with the procedural requisites mandated by the Court.

          Respectfully Submitted
          By the Plaintiff,

          /s/ Paul Gargano
          _____
          Paul A. Gargano
          BBO# 185560
          Timothy Scannell
          BBO# 655453
          Sean Beagan
          BBO #644929
          Gargano & Associates
          4 Canal Park
          Cambridge, MA 02141

June 24, 2004          617-621-1100

This watermark does not appear in the registered version - http://www.clicktoconvert.com

This watermark does not appear in the registered version - http://www.clicktoconvert.com