UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No. 03-cv-12605

| | |
|---|---|
| PAUL A. GARGANO<br>Plaintiff,<br><br>v.<br><br>RONALD ZIMMER, CELITA ZIMMER<br>and ZIMMER & ASSOCIATES<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Now Comes the Plaintiff in the above-captioned matter and respectfully requests that this Honorable Court deny the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. In further support of this motion the Plaintiff submits the attached Memorandum of Law and Fact.

WHEREFORE, the Plaintiff Respectfully Requests that the Defendants Motion be denied. If the Court is not inclined to deny the Defendant's Motion to Dismiss based on the parties written submissions, the Plaintiff hereby requests an evidentiary hearing as to the issue of personal jurisdiction.

Respectfully Submitted
By the Plaintiff,

/s/ Sean Beagan

Paul A. Gargano
BBO# 185560
Sean Beagan
BBO# 644929
Timothy Scannell
BBO# 655453
Gargano & Associates
4 Canal Park
Cambridge, MA 02141

617-621-1100