### GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110

TELEPHONE: (617) 542-9900
FACSIMILE: (617) 542-0900

Scott McConchie
(617) 603-0917

June 22, 2004

**By Fax and Mail**

Timothy Scannell, Esquire
Gargano and Associates
Thomas Graves Landing
4 Canal Park
Cambridge, MA 02141

      Re:    Paul A. Gargano v. Ronald Zimmer, *et al.*
               <u>Civil Action 03-12605-NG</u>

Dear Tim:

      I just received email notices from the Court. Needless to say, I was shocked to see that you had filed, as to each defendant, a Request for Default Pursuant to Rule 55(a).

      As you know, I called you yesterday to fulfill my meet and confer obligation pursuant to Local Rule 7.1. When we spoke, I told you that I was going to file a motion to dismiss the Amended Complaint, on the ground that the Court lacked personal jurisdiction over the defendants. I specifically told you that I was going to file the motion yesterday, which I did. You were served by mail.

      Incredibly, you went ahead and filed the Requests for Default today, even though you <u>knew</u> that the defendants had moved to dismiss. If for some inexplicable reason you believed, contrary to what I explicitly told you yesterday, that I had not, in fact, filed the motion to dismiss, then you should have picked up the phone and called me. You did not even attempt to comply with Local Rule 7.1.

      Please withdraw the Requests for Default immediately. In addition, please confirm in writing that you have done so. If you do not immediately withdraw the Requests, I will take this matter up with the Court, and will seek sanctions.

                                       Very truly yours,

                                       Scott McConchie

cc:    Thomas F. Maffei, P.C.
        Dr. Ronald Zimmer