UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL A. GARGANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | | Civil Action No. 03-12605-NG |
| RONALD ZIMMER, ZELITA ZIMMER, | ) | |
| and ZIMMER & ASSOCIATES, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to District of Massachusetts Local Rule 7.1(B)(3), the defendants hereby move for leave to file a reply to "Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction" (the "Opposition").

As grounds for this motion, the defendants state as follows:

1       The Opposition was filed (minus some exhibits, which apparently will be filed by hand). The undersigned received a copy of the Opposition and supporting affidavits electronically from the Court on June 30, 2004.

2.       The Opposition and supporting affidavits contain *numerous* misstatements of fact and law. The reply will thus assist this Court in resolving Defendants' Motion to Dismiss.

3.       Both of the undersigned counsel for the defendants are on vacation beginning July

Accordingly, the defendants will file their reply during the week of July 12, after returning from vacation.

WHEREFORE, the defendants respectfully request that the Court permit them to file a reply on or before July 16, 2004.

Respectfully submitted,

RONALD ZIMMER, CELITA ZIMMER, and ZIMMER & ASSOCIATES

By their attorneys,

*Scott McConchie*

Thomas F. Maffei (BBO 313220)
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Dated:  July 2, 2004

## Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the plaintiff and that the parties were unable to resolve the issues raised in this motion.

*Scott McConchie*

Scott McConchie

I hereby certify that a true copy
of the above document was
served upon the attorney of
record for each other party
by mail/hand/facsimile on:
7/2/04    Maria M. Patel

2