UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL A. GARGANO | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12605-JGD |
| | ) | |
| RONALD ZIMMER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the "Defendants' Motion to Dismiss" (Docket # 28) has been scheduled for hearing on Monday, July 19, 2004, at 2:30 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT


/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: July 7, 2004