This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No.  03-cv-12605

_____
PAUL A. GARGANO                               )
       Plaintiff,                                      )
                                                                )
v.                                                                 )
                                                                )
                                                                )
RONALD ZIMMER, CELITA ZIMMER   )
and ZIMMER & ASSOCIATES             )
       Defendants.                                 )
_____)

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF

      Now Comes the Plaintiff in the above-captioned matter and respectfully requests that this Honorable Court strike any reply brief filed by the Defendants after 5:00 p.m. on Friday, July 16, 2004.

1. On June 30, 2004, the Plaintiff filed an Opposition to the Defendant's Motion to Dismiss in the above referenced matter, accompanied by a supporting memorandum of law.

2. On July 2, 2004, the Defendants filed a Motion for Extension of Time to July 16, 2004 to File Response/Reply Brief.

3. On July 6, 2004, this Court approved the Defendants' motion requesting an extension of time to file a response to the Plaintiff's opposition, and on that same date, scheduled oral argument on the Defendants' Motion to Dismiss for Monday July 19, 2004 at 2:30 p.m.

4. As of the close of business on July 16, 2004, the Plaintiff has not yet received a copy, be it electronically or otherwise, of the Defendants' reply brief to the Plaintiff's Opposition.

5. As the Defendant failed to provide any representative of the Plaintiff with a reply brief as of the Court's closing time on Friday July 16, 2004, the Plaintiff will not have an opportunity to review documents submitted by the Defendants until Monday, July 19, 2004.

This watermark does not appear in the registered version - http://www.clicktoconvert.com

Case 1:03-cv-12605-NG　　Document 37-2　　Filed 07/16/2004　　Page 2 of 2

6.  Inasmuch, any reply brief received by the Plaintiff on Monday would not be keeping with equity and fair play as oral argument on the Defendants' Motion to Dismiss is scheduled for Monday, July 19, 2004 at 2:30 p.m.

Wherefore, the Plaintiff respectfully requests that this Honorable Court strike any reply brief filed by the Defendants after 5:00 p.m. on Friday, July 16, 2004.

                                        Respectfully Submitted
                                        By the Plaintiff,

                                        /s/ Timothy Scannell

                                        _____
                                        Paul A. Gargano
                                        BBO# 185560
                                        Timothy Scannell
                                        BBO# 655453
                                        Gargano & Associates
                                        4 Canal Park
                                        Cambridge, MA 02141
July 16, 2004                          617-621-1100