UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL A. GARGANO,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD ZIMMER, ZELITA ZIMMER,<br>and ZIMMER & ASSOCIATES,<br><br>        Defendants. | Civil Action No. 03-12605-NG |

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S MOTION TO STRIKE REPLY BRIEF

The defendants hereby oppose "Plaintiff's Motion to Strike Defendants' Reply Brief" ("Plaintiff's Motion"). The Plaintiff's Motion is moot, and represents yet another example of a premature and wholly unnecessary motion filed by the plaintiff.

1. Plaintiff's Motion "respectfully requests that this Honorable Court strike any reply brief filed by the Defendants after 5:00 p.m. on Friday, July 16, 2004." Plaintiff's Motion, p. 1.

2. The Plaintiff's Motion is moot, as the Defendants did, in fact, file their Reply before 5:00 p.m. on Friday. The plaintiff was served by hand, and likely received the Reply shortly after he filed Plaintiff's Motion.

3. Once again, counsel for the plaintiff did not even attempt to comply with Local Rule 7.1. Had he done so, he would have learned that his motion was unnecessary and a waste of this Court's time.

Respectfully submitted,

RONALD ZIMMER, CELITA ZIMMER,
and ZIMMER & ASSOCIATES

By their attorneys,

/s/ Scott McConchie
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Dated: July 19, 2004

### Certificate of Service

I, Scott McConchie, hereby certify that on July 19, 2004, I caused a true copy of the foregoing document to be served, by facsimile, on Timothy Scannell, counsel for the plaintiff.

/s/ Scott McConchie
Scott McConchie