This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No. 03-cv-12605

_____
PAUL A. GARGANO                         )
       Plaintiff,                          )
                                        )
v.                                      )
                                        )
                                        )
RONALD ZIMMER, CELITA ZIMMER            )
and ZIMMER & ASSOCIATES                 )
       Defendants.                         )
_____)

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF DIANA HENDERSON

    Now Comes the Plaintiff in the above-captioned matter and respectfully requests that this Honorable Court strike the Affidavit of Diana Henderson, which was submitted in tandem with the Defendants reply brief.

1. On July 19, 2004, the Plaintiffs received from the Defendants a brief in reply to the Plaintiff's Opposition to the Defendants' Motion to Dismiss.

2. Attached to the Defendants' reply brief was an Affidavit of Diana Henderson.

3. In Ms. Henderson's affidavit, she makes several generalized statements regarding her familiarity with the Plaintiff and his family, and discusses issues regarding her relationship with Mr. Gargano that are entirely irrelevant to the matter that is before the Court.

4. In her affidavit at Paragraph 7, Ms. Henderson states : "I find the allegation that the Zimmers convinced Mr. Gargano to build a new house incredible. Mr. Gargano is an intelligent man and not one who is easily persuaded to do anything he did not wish to do." By making this statement, Ms. Henderson merely seeks to cloud the issue of personal jurisdiction by offering her opinion that "Mr. Gargano is an intelligent man…..", rather than offering relevant facts to support the Defendants position.

5. At no time does Ms. Henderson offer relevant or material facts that bear upon the issue of personal jurisdiction in the above referenced matter.

This watermark does not appear in the registered version - http://www.clicktoconvert.com

Wherefore, the Plaintiff respectfully requests that this Honorable Court strike the Affidavit of Diana Henderson, as it does not bear upon the issue of personal jurisdiction in any way.

    Respectfully Submitted
    By the Plaintiff,

    /s/ Timothy Scannell

    _____
    Paul A. Gargano
    BBO# 185560
    Timothy Scannell
    BBO# 655453
    Sean Beagan
    BBO # 644929
    Gargano & Associates
    4 Canal Park
    Cambridge, MA 02141
Dated: July 19, 2004    617-621-1100

This watermark does not appear in the registered version - http://www.clicktoconvert.com