This watermark does not appear in the registered version - http://www.clicktoconvert.com

## UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No.  03-cv-12605


_____

PAUL A. GARGANO                                    )
            Plaintiff,                          )
                                              )

v.                                                 )
                                            )

RONALD ZIMMER, CELITA ZIMMER   )
and ZIMMER & ASSOCIATES                    )
            Defendants.                         )
_____)


**ADDENDUM TO PLAINTIFF'S FURTHER OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**


       Now Comes the Plaintiff in the above-captioned matter and submits this addendum to its further opposition to Defendants' Motion to Dismiss and in response to the Defendants' Motion for Leave to File Further response.

1. On July 19, 2004, the Plaintiffs received from the Defendants a brief in reply to the Plaintiff's Opposition to the Defendants' Motion to Dismiss.

2. On that same date, Honorable Judge Dein heard the parties' arguments on the Defendants' Motion to Dismiss in the above referenced matter.

3. Due to the fact that there was insufficient time for the Plaintiff to file a response to the Defendants' reply brief, Judge Dein allowed Plaintiff until July 23, 2004 to file any final responses they felt were necessary.

4. On July 28, 2004, the Defendants filed a second motion for leave to file an unprecedented third memorandum in support of their motion to dismiss.

5. The Defendants' restatement of the fact that the Plaintiff has traveled to the Cayman Islands in the past is of little relevance, as an individuals prior physical presence or lack thereof in a forum, is not the controlling issue in a question of personal jurisdiction.

This watermark does not appear in the registered version - http://www.clicktoconvert.com

6. Inasmuch, the Plaintiff seeks to emphasize its argument based on the decision of this Court in <u>Workgroup Technology Corporation v. MGM Grand Hotel</u>, LLC., 246 F.Supp.2d 102 (2003)

Wherefore, the Plaintiff submits this addendum to its Further Opposition to Defendants' Motion to Dismiss and in response to the Defendants' Motion for Leave to File Further response

Respectfully Submitted
By the Plaintiff,

/s/ Timothy Scannell
_____
Paul A. Gargano
BBO# 185560
Timothy Scannell
BBO# 655453
Sean Beagan
BBO # 644929
Gargano & Associates
4 Canal Park
Cambridge, MA 02141
Dated: July 29, 2004                617-621-1100

Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I attempted to contact counsel for the Defendants by leaving a voice mail message on his telephone.

/s/ Timothy Scannell
_____
Timothy Scannell