UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                    C.A. No.  03-cv-12605

_____
PAUL A. GARGANO                              )
        Plaintiff,                              )
                                                              )
v.                                                            )
                                                              )
                                                              )
RONALD ZIMMER, CELITA ZIMMER  )
and ZIMMER & ASSOCIATES             )
        Defendants                            )
_____)

**NOTICE OF APPEAL**

      The Plaintiff, Paul Gargano, appeals the order of United States District Court Justice Nancy Gertner dated, October 18, 2004, dismissing Plaintiff's Complaint as to any and all pending counts.

                                                                                            Respectfully Submitted
                                                                                            By his Attorney

                                                                                            _____
                                                                                           Timothy Scannell
                                                                                           BBO# 655453
                                                                                           Gargano & Associates
                                                                                           4 Canal Park
                                                                                           Cambridge, MA 02141

Dated: October 25, 2004                           (617) 621-1100