UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                              C.A. No. 03-CV-12605

_____
PAUL A. GARGANO                               )
      Plaintiff                                          )
                                                         )
v.                                                         )
                                                         )
                                                         )
RONALD ZIMMER, ZELITA ZIMMER  )
and ZIMMER & ASSOCIATES            )
      Defendants                                     )
_____)

## AFFIDAVIT OF PAUL A. GARGANO

1.    I, Attorney Paul A. Gargano, an Attorney and Plaintiff in this action, hereby swear that to the best of my knowledge the facts contained in Plaintiff's Opposition to the Court Ordered Sanctions is true and accurate.

Signed this 10th day of July under the pains and penalties of perjury.


    /s/ Paul A. Gargano_____