UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS, ss.                C.A. No. 03-CV-12605

_____
PAUL A. GARGANO                    )
      Plaintiff              )
                                   )
v.                                 )
                                   )
                                   )
RONALD ZIMMER, ZELITA ZIMMER       )
and ZIMMER & ASSOCIATES            )
      Defendants             )
_____)

## AFFIDAVIT OF MATHEW P. SMITH

1. I, Attorney Mathew P. Smith, an Attorney in this action, have reviewed the Motion in Opposition to the Court Ordered Sanctions and do attest to the accuracy of the facts stated therein. I was present during Mr. Beagan's representation that there was indeed a June 5, 2007 hearing scheduled. It was also I who had previously spoken to Clerk York on two separate occasions. On the second occasion Clerk York suggested that this office file a motion for reconsideration.

Signed this 10th day of July under the pains and penalties of perjury.


/s/ Mathew P. Smith